People ex rel. Preziosi v Richards
2026 NY Slip Op 02770
May 5, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. Stephen N. Preziosi, on behalf of Jordan Rosen, petitioner,
v
Stanley Richards, etc., et al., respondents.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on May 5, 2026
2026-04017 DECISION, ORDER & JUDGMENT
Mark C. Dillon, J.P.
William G. Ford
Lourdes M. Ventura
Elena Goldberg Velazquez, JJ.

Stephen N. Preziosi, New York, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Jonathan Selkowe, Charles T. Pollak, Johnnette Traill, and Ronald Eniclerico of counsel), respondent pro se and for respondent Stanley Richards.
Writ of habeas corpus in the nature of an application to release Jordan Rosen upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 71261/2025.

[*1]
ADJUDGED that the writ is sustained, without costs or disbursements, to the extent that bail upon Queens County Indictment No. 71261/2025 is set in the sum of $5,000,000 posted in the form of an insurance company bail bond, the sum of $5,000,000 posted in the form of a partially secured bond, with the requirement of 10% down, or the sum of $500,000 deposited as a cash bail alternative, on condition that, in addition to posting a bond or depositing the cash alternative set forth above, Jordan Rosen shall (1) remain confined to his residence, except for visits to his attorney, his doctors, or court, and he must travel directly from his attorney, his doctors, or court, and directly back to his home, when conducting those visits; (2) surrender all passports, if any, he may have to the Office of the District Attorney of Queens County, or, if he does not possess a passport, he shall provide to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (3) provide to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Jordan Rosen (1) has given an insurance company bail bond in the sum of $5,000,000, has given a partially secured bond in the sum of $5,000,000, with the requirement of 10% down, or has deposited the sum of $500,000 as a cash bail alternative; (2) has surrendered all [*2]passports, if any, he may have to the Office of the District Attorney of Queens County, or, if he does not possess a passport, has provided to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (3) has provided to the Office of the District Attorney of Queens County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Queens County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Jordan Rosen is incarcerated, or his or her agent, is directed to immediately release Jordan Rosen from incarceration.
DILLON, J.P., FORD, VENTURA and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court